UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES ROBERT WADSWORTH and
KAREN ANN WADSWORTH,

    Plaintiffs,

v.                                                    Case No: 2:17-cv-502-FtM-99CM

STATE FARM MUTUAL
AUTOMBILE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of Defendant's Motion to Dismiss (Doc. 5) filed on September 19, 2017. Plaintiffs have not filed a response pursuant to M.D. Fla. R. 3.01(b), and the time to do so has expired.

Accordingly, it is now

**ORDERED:**

Plaintiffs shall file a response to the Defendant's Motion to Dismiss (Doc. 5) within **seven (7) days** of this Order. **If no response is filed, the Court will rule on the motion without further notice and without the benefit of a response**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of October, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record